UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
***************************

IN RE:  Carolyn Jones Dobin       :       Case No: 12-12795
                                  :
Debtor                            :       Chapter 13

## MOTION TO NEGOTIATE AND APPROVE LOAN MODIFICATION WITH OCWEN LOAN SERVICING

NOW INTO COURT, through undersigned counsel, comes Carolyn Dobin, who respectfully represents:

1.

On October 10, 2012, the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of inter alia, 11 U.S.C. 362 and 28 and U.S.C. 157 and 1334.

3.

Debtor has been pre-approved by Ocwen Loan Servicing for a loan modification for the mortgage on the property located at 1401 Hassett Avenue, Shreveport, LA 71109. The terms of the loan modification are as follows:

    1) $34,393.15- Modified Principal Balance;
    2) 480 months- Term Extension (Maturity Date of February 1, 2054);
    3) 4.625%- Interest Rate (present rate per existing loan is 6.875%);
    4) March 1, 2014- First Loan Modification Payment
    5) $131.57- Proposed Loan Payment for Principal & Interest only
    6) $180.37- Proposed Loan Payment with Taxes & Insurance (previously $367.37);
    7) $2,293.04- Amount Capitalized into the Loan Modification
    8) $5,643.15- Baloon Payment due upon Maturity (Due February 1, 2054)

4.

Debtor avers that she will be able to retain the principal residence with these new terms as reflected above. Debtor further states that in the event this Loan Modification is not approved she will have difficulty retaining the home in any other fashion. A Motion to Lift the Automatic Stay was filed by the previous mortgage holder, OneWest Bank on May 24, 2013. A Consent Order granting Adequate Protection containing a thirty day drop dead provision on payments to the mortgage holder was filed on July 2, 2013.

**WHEREFORE, DEBTOR PRAYS** that this Honorable Court grant the Motion to Negotiate and Approve Loan Modification with Ocwen Loan Servicing.

DATED: April 25, 2014

/s/ David K .Welch for
By: _____
David K. Welch - Bar No. 34855
Keith M. Welch- Bar No. 13347
4700 Line Avenue, Ste. 200
Shreveport, LA 71106
318-868-2600