**SO ORDERED.**

**DONE and SIGNED June 4, 2014.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
***************************

| | | |
|---|---|---|
| **IN RE:** Carolyn Jones Dobin | : | Case No: 12-12795 |
| | : | |
| Debtor | : | Chapter 13 |

### ORDER

**CONSIDERING** the foregoing Motion, it appearing proper:

**IT IS HEREBY ORDERED** that the Debtor may enter into the proposed Loan Modification with Ocwen Loan Servicing as reflected in said Motion.

### ###

Order prepared and submitted by:
David K. Welch- Bar No. 34855
Keith M. Welch- Bar No. 13347
Simon, Fitzgerald, Cooke, Reed & Welch
4700 Line Ave., Suite 200
Shreveport, LA 71106
318-868-2600