**Fill in this information to identify the case:**

Debtor 1 Carolyn Jones Dobin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana

Case number 12-12795

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc.

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: XXXX3897

**Date of payment change:** 03/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $ 224.23
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

○ No

● Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 48.80 **New escrow payment:** $ 92.66

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

● No

○ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate** % **New interest rate:** %

**Current principal and interest payment:** $ **New principal and interest payment:** $

## Part 3: Other Payment Change

1. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

● No

○ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______

**Current mortgage payment:** $ ______ **New mortgage payment:** $ ______

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

- ○ I am the creditor.
- ● I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X [signature]
Signature

Date 1 / 29 / 2016

Print: Lisa Singer
First Name Middle Name Last Name

Title Creditor's Authorized Agent

Company Rosicki, Rosicki & Associates, P.C.

Address 51 E. Bethpage Road
Number Street

Plainview NY 11803
City State ZIP Code

Contact phone (516) 741-2585 Email bkmail@rosicki.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via Electronic Case Filing on the following parties:

Keith M. Welch, Esq.
keith@simonfitzgerald.com

Lucy G. Sikes (Ch 13 Trustee), Esq
ecf@sikeschapter13.com

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via first class mail on the following parties:

Carolyn Jones Dobin
POB 3679
Shreveport, LA 71106

January 29 2016

Terri Sweeting



PO Box 1077
Hartford, CT 06143

Representation Of Printed Document

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

CAROLYN JONES DOBIN
C/O KEITH M WELCH ATT AT LAW
4700 LINE AVE STE 200
SHREVEPORT LA 71106-1533

L913

**ESCROW ACCOUNT STATEMENT**

Analysis Date: 01/11/16
Loan Number:

| **Current Payment** | | **New Payment Effective 03/01/16** | |
|---|---|---|---|
| Principal and Interest | $131.57 | Principal and Interest* | $131.57 |
| Escrow | $48.80 | Escrow | $83.86 |
| | | Shortage Spread | $8.80 |
| Total Current Payment | $180.37 | **Total NEW Payment*** | $224.23 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

**NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT**

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on October 10, 2012. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

ANTICIPATED DISBURSEMENTS
March 2016
to February 2017

| | |
|---|---|
| MORTGAGE INS | 228.48 |
| HAZARD INS | 608.82 |
| COUNTY | .01 |
| CITY | 168.96 |
| Total Disbursements | 1,006.27 |

| | |
|---|---|
| Bankruptcy File Date | October 10, 2012 |
| Pre-Petition Escrow Shortage or Deficiency as of Analysis Date | $0.00 |

*Escrow Balance adjusted by proof of claim amounts

**Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $129.64.

ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 - MONTH ESCROW CYCLE
Anticipated Activity

| | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $15.98 |
| Post Petition Beg Bal | | | | $15.98 |
| **Date** | | | | |
| 03/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 80.80 |
| 04/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 145.62 |
| 05/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 210.44 |
| 05/01/2016 | 0.00 | 608.82- | HAZARD INS | 398.38- |
| 06/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 333.56- |
| 07/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 268.74- |
| 08/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 203.92- |
| 09/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 139.10- |
| 10/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 74.28- |
| 11/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 9.46- |
| 12/01/2016 | 83.86 | 19.04- | MORTGAGE INS | 55.36 |
| 12/01/2016 | 0.00 | 0.01- | COUNTY | 55.35 |
| 12/01/2016 | 0.00 | 168.96- | CITY | 113.61- |
| 01/01/2017 | 83.86 | 19.04- | MORTGAGE INS | 48.79- |
| 02/01/2017 | 83.86 | 19.04- | MORTGAGE INS | 16.03 |
| Total | $1,006.32 | $1,006.27- | | |

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $15.98. Your required beginning balance according to this analysis should be $544.00. This means you have a shortage and/or deficiency of $528.02-. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 60 installments and included this amount in your escrow payment.

***Continued ***

INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from August 2015 to February 2016. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | | $395.59 |
| **Date** | | | | | | | |
| 08/01/15 | 85.28 | 168.02 * | 19.04- | 19.04- | MORTGAGE INS | 331.26 | 544.57 |
| 08/01/15 | 0.00 | 0.00 | 0.00 | 608.82-* | HAZARD INS | 331.26 | 64.25- |
| 09/01/15 | 85.28 | 0.00 * | 19.04- | 19.04- | MORTGAGE INS | 397.50 | 83.29- |
| 10/01/15 | 85.28 | 48.80 * | 19.04- | 19.04- | MORTGAGE INS | 463.74 | 53.53- |
| 11/01/15 | 85.28 | 0.00 * | 19.04- | 19.04- | MORTGAGE INS | 529.98 | 72.57- |
| 12/01/15 | 85.28 | 2.79 * | 19.04- | 19.04- | MORTGAGE INS | 596.22 | 88.82- |
| 12/01/15 | 0.00 | 0.00 | 183.02- | 168.96-* | CITY | 413.20 | 257.78- |
| 01/01/16 | 85.28 | 244.00 * | 19.04- | 0.00* | MORTGAGE INS | 479.44 | 13.78- |
| 02/01/16 | 85.28 | 0.00 * | 19.04- | 0.00 | MORTGAGE INS | 545.68 | 13.78- |
| Total | $596.96 | $463.61 | $316.30- | $872.98- | | | |

* indicates a difference from a previous estimate either in the date or the amount.

** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

INTERNET REPRINT